THE HONORABLE JOHN C. COUGHENOUR

1
2
3
4
5
6
7

**UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON AT SEATTLE**

8
9

LLOYD'S OF LONDON SYNDICATE
2987,

Plaintiff,

v.

EAGLE COUNTRY CONSTRUCTION, INC., a Washington corporation; INNOVATIVE INVESTMENTS, INC. a Washington corporation; MICHAEL J. HANSEN and ROCHELLE HANSEN, individually and the marital community composed thereof; COLTON and MORGAN PATTERSON, a married couple; DUSTIN KRENZ and RACHEL STOKES, an unmarried couple; WILLIAM and KIMBERLY UNRAU, a married couple; ALEX and LINDSAY CRAIG, a married couple; and GRETA and ANTHONY CHEHREHGOSHA, a married couple,

Defendants.

NO. 2:24-cv-00719-JCC

**[PROPOSED] ORDER GRANTING STIPULATED MOTION FOR STAY PENDING CONCLUSION OF UNDERLYING LAWSUIT**

NOTE ON MOTION CALENDAR:
July 18, 2024 [LCR 7(d)(1)]

10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26

MURPHY ARMSTRONG FIRM, LLP
719 Second Avenue, Suite 701
Seattle, WA 98104
T/206-985-9770  F/206-985-9790

1

## ORDER

2      Plaintiff Lloyd's of London Syndicate 2987 ("Underwriters") and all Defendants: Eagle

3   Country Construction, Inc. ("Eagle Country"); Innovative Investments, Inc. ("Innovative"); Michael

4   J. Hansen and Rochelle Hansen ("the Hansens"); Colton Patterson; Morgan Patterson; Dustin

5   Krenz; Rachel Stokes; William Unrau; Kimberly Unrau; Alex Craig; Lindsay Craig; Greta

6   Chehrehgosha; and Anthony Chehrehgosha ("the Homeowner Defendants"), have stipulated to and

7   requested a stay of this declaratory judgment action until the conclusion of the Underlying Lawsuit.[1]

8

9      The Court has reviewed the submission of the parties and finds that good cause exists to

10  enter this order.  It is hereby ORDERED that this matter is stayed pending the conclusion of the

11  Underlying Lawsuit.  The Court's Minute Order entered June 26, 2024 (Dkt. 11) is hereby vacated

12  together with all associated case management deadlines.

13      The parties shall advise the Court of the status of the Underlying Lawsuit every 90 days, or

14  within 30 days of the conclusion of the Underlying Lawsuit.

15

16      DATED this 24th day of July 2024.

17

18

19

20                                          John C. Coughenour
                                            UNITED STATES DISTRICT JUDGE
21

22

23

24

25

26

---

[1] Patterson et al. v. Eagle Country Construction, Inc. et al., Snohomish County Superior Court under Case No. 20-2-04416-31.

[PROPOSED] ORDER GRANTING STIPULATED MOTION FOR STAY PENDING
CONCLUSION OF UNDERLYING LAWSUIT - 2

MURPHY ARMSTRONG FIRM, LLP
719 Second Avenue, Suite 701
Seattle, WA 98104
T/206-985-9770  F/206-985-9790

1     Presented by:

2     MURPHY ARMSTRONG FIRM, LLP

3     By: */s/ James P. Murphy*_____
         James P. Murphy, WSBA #18125
4         Brian C. Armstrong, WSBA # 31974
         719 Second Avenue, Suite 701
5         Seattle, WA 98104
         T/206-985-9770; F/206-985-9790
6         jpm@maflegal.com
7         bca@maflegal.com

8         *Attorneys for Lloyds of London Syndicate*
         *2987*
9

10    Stipulated to and Notice
11    Of Presentation Waived:

12    By: */s/ Richard Dykstra*_____
     Richard Dykstra, WSBA #5114
13    FRIEDMAN RUBIN PLLC
     1109 First Ave., Suite 501
14    Seattle, WA 98101
15    rdykstra@friedmanrubin.com
     *Attorneys for Defendants Eagle Country*
16    *Construction Inc., Innovative Investments*
     *Inc., Michael J. Hansen and Rochelle*
17    *Hansen*

18
     By: */s/ Dave Von Beck*_____
19    Dave Von Beck, WSBA #27684
     Katie J. Comstock, WSBA #40637
20    Claire, W. Boren, WSBA #56909
     LEVY | VON | COMSTOCK | P.S.
21    1200 Fifth Ave., Suite 1850
22    Seattle, Washington 98101
     dmvonbeck@levy-law.com
23    katie@levy-law.com
     claire@levy-law.com
24    *Attorneys for Defendants Colton and Morgan*
     *Patterson, Dustin Krenz and Rachel Stokes,*
25    *William and Kimberly Unrau, Alex and Lindsay*
     *Craig, and Greta and Anthony Chehrehgosha*
26

[PROPOSED] ORDER GRANTING STIPULATED MOTION FOR STAY PENDING
CONCLUSION OF UNDERLYING LAWSUIT - 3